JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and THE TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**THE FHL FINANCIAL GROUP, a California corporation,**<br><br>Defendant. | Case No. 8:19-cv-02370-JVS-KES<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED that judgment be entered in favor of the California Department of Toxic Substances Control and the Toxic Substances Control Account against Defendant, the FHL Financial Group ("FHL"), regarding the real properties located at 7047 and 7051 North Figueroa Street, City of Los Angeles, in the County of Los Angeles, California, identified by Assessor's Parcel Number 5480-012-016 as follows:

FHL must pay to DTSC $3,127,351.40 in unreimbursed response costs incurred by DTSC from May 1, 2006, through September 30, 2024 (including pre-judgment interest) plus CERCLA interest that accrues September 30, 2024, through the date of payment.

IT IS SO ORDERED, THIS 6th day of July 2025.

_____
HONORABLE JAMES V. SELNA
Unites States District Judge